# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Tiffany Bonita McCall, :
               Petitioner :
                :
        v. : No. 423 C.D. 2017
                :
Pennsylvania Treasury Department :
Bureau of Unclaimed Property, :
               Respondent :

## **O R D E R**

NOW, January 18, 2018, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge
